AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Arnold, Richard S | 2. Court or Organization<br><br>US Ct of Appeals-8th Circuit | 3. Date of Report<br><br>5/5/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge, Senior | 5. Report Type (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>600 West Capitol, Room 208<br><br>Little Rock, AR 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (See Section VII) |
| 2. | Member Board of Directors | Bill Clinton Birthplace Foundation, Inc. |
| 3. | Member | International Council of Arbitration for Sport |
| 4. | Member | National Environmental Conflict Resolution Advisory Committee of the U. S. Institute for Environmental Conflict Resolution of the Morris K. |
| 5. | Member | Udall Foundation. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED
May 17 11 15 AM '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Entergy Services, Inc. |
| 2. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | See schedule attached. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Entergy Savings Plan | Loan against assets of employee's company sponsored savings plan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Richard S | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Commonwealth Realty | | None | J | W | | | | | |
| 2. 1/6 interest land in Marion County, TX | | None | J | W | | | | | |
| 3. 1/3 interest in land, Miller County, AR | | None | J | W | | | | | |
| 4. Lot, Fairfield Bay, Van Buren Cty, AR | | None | J | W | | | | | |
| 5. | | | | | | | | | |
| 6. Checking account, Regions Bank, Little Rock, AR | | None | J | T | | | | | |
| 7. Delta Trust and Bank (income requirement first met in 2003) | A | Interest | J | T | Inc req met | 12/31 | J | | Inc requirement met in 2003 |
| 8. Gary Turney (New note receivable) | A | Interest | J | T | New N/R | 1/01 | J | | New personal loan |
| 9. | | | | | | | | | |
| 10. MINERAL INTERESTS--VARIOUS LANDS IN TEXAS: | | | | | | | | | |
| 11. Keystone-Garrett Properties, Firendswood, TX | A | Royalty | J | W | | | | | |
| 12. Southland Champion Mineral, Regions Bank, Lufkin, TX | D | Royalty | L | W | | | | | |
| 13. Louis Dreyfus Natural Gas Corp, Okla City, OK | | None | | | >Filing req | | | | Filing req no longer met |
| 14. Exxon Corporation, Houston, TX | A | Royalty | J | W | | | | | |
| 15. Grayburg Mineral Account, Morgan Keegan Tr, Birmingham, AL | C | Royalty | K | W | | | | | |
| 16. Magnum Production & Operating Co., Corpus Christi, TX | A | Royalty | J | W | | | | | |
| 17. Shell Western E & P, Houston, TX | | None | | | > Filing req | | | | Filing req no longer met |
| 18. Miscellaneous royalties totaling less than $100 | A | Royalty | J | W | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Richard S | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. | | | | | | | | | |
| 20. Entergy Savings Plan | C | Dividend | O | T | | | | | |
| 21. Entergy-Corporate Executive Annual Incentive Deferral Plan | B | Dividend | M | T | | | | | Formerly Entergy |
| 22. | | | | | | | | | EAOP Awards Program |
| 23. Entergy Corporation Defined Contribution Restoration Plan | A | Dividend | J | T | | | | | |
| 24. Exercise of stock options granted by Entergy Corporation | | None | | | Stock sale | 3/17 | M | G | Exercise of stock options |
| 25. Entergy stock options granted by Entergy Corporation | | None | | | Stock sell | 9/4 | M | G | Exercise of stock options |
| 26. --See explanation of unexercised options in Section VIII | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. Trust #1: | | | | | | | | | |
| 29. Commercial National Bank--checking account | A | Interest | J | T | >Filingreq | | | | Filing req no longer met |
| 30. Oppenheimer U. S. Govt. Trust | | None | | | Distributed | 4/29 | | | Distributed to beneficiary |
| 31. AIM Global Govt Inc Fund Class A | A | Dividend | J | T | | | | | |
| 32. Sun America Securities--Cash Account | | None | | | Distributed | 4/29 | | | Distributed to beneficiary |
| 33. Sun America--"Dogs" of Wall St Fund | | None | | | Distributed | 4/29 | | | Distributed to beneficiary |
| 34. Sun America--Pimco Fund | | None | | | Distributed | 4/29 | | | Distributed to beneficiary |
| 35. Sun America Dow Target Fund | | None | | | Distributed | 4/29 | | | Distributed to beneficiary |
| 36. Note Receivable--Tom Arnold | | None | | | Distributed | 7/1 | | | Distributed to beneficiary |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  ● = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Richard S | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Stock in Southwest Title (a closely held corp) corp | D | Distribution | M | W | | | | | |
| 38. Houseboat | | None | | . | Distributed | 7/1 | | | Distributed to beneficiary |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

RICHARD S. ARNOLD

2003 Financial Disclosure Report

Part IV--Reimbursements & Gifts of Transportation, Lodging, Food, and Entertainment:

| SOURCE | DESCRIPTION |
|---|---|
| Freedom Forum First Amendment Center | 2/28-3/2  Payment for air fare for travel to Nashville, TN, to judge moot court at Vanderbilt. |
| Nebraska State Bar | 4/10  Reimbursement for air fare to Lincoln, Nebraska, to give lecture. (RSA did not make this trip, but had already purchased a non-refundable ticket.) |
| International Council of Arbitration for Sport | 5/21-28  Payment of air fare (including wife) and lodging, and incidentals, for travel to Lausanne, Switzerland, and Florence, Italy, for an ICAS meeting. Payment for 3 nights' lodging in Lausanne. |
| Entergy Corporation | 11/11  Gift of one-way air fare and van ride to hotel for travel to Washington, D.C., for a Judicial Branch Committee meeting. |

## VII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Section VII: Line 24 and 25:   Stock options granted by Entergy Corporation to my ▨ as part of her employment relationship.

Section VII: Line26:  My ▨ has additional outstanding options from Entergy Corporation.   Some of them are not exercisable.   Some are at different prices.    There is no practical way to determine the current or future value of these outstanding option.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Arnold, Richard S | 5/5/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date____5 1-8 7| 1 o4_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544